ORDERED.

Dated: March 08, 2018

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| CATHERINE ECKLEY BENTLEY, ) | Case No. 6:17-bk-00294-KSJ |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

**ORDER APPOINTING GUARDIAN ADVOCATE/SPECIAL MASTER**

This case came before the Court on March 6, 2018, to consider the Chapter 7 Trustee and Creditor Susan Kolb, M.D.'s Expedited Motion for Appointment of Guardian and Extension of Deadlines.[1] Debtor opposed the Motion.[2] The Motion was granted on a preliminary basis.[3] After reviewing the recommendations of the parties for the appointment of the Guardian Advocate, the Court will appoint Michael Nardella and the law firm of Nardella & Nardella, PLLC as Guardian Advocate.

Accordingly, it is

**ORDERED:**

1.   Michael Nardella and the law firm of Nardella & Nardella, PLLC are appointed as Guardian Advocate.

---
[1] Doc. No. 69.
[2] Doc. No. 71.

1

2. The following people are requested to meet with and answer the Guardian Advocate's questions:

    a. Debtor Catherine Eckley Bentley;

    b. Debtor's nephew Gary Graybill;

    c. Debtor's counsel Anna Handy;

    d. Chapter 7 Trustee's and Creditor's counsel Esther McKean; and

    e. Other individuals identified by the Guardian Advocate in the investigation.

3. The Guardian Advocate is directed to render a preliminary opinion on whether the Debtor needs a formal Guardian appointed by the state court before litigation in the bankruptcy court may proceed.

4. The Guardian Advocate is directed to render a preliminary recommendation and any legal conclusions on the two Powers of Attorney referenced in the Court's Order Preliminarily Granting Expedited Motion for Appointment of Guardian Advocate (Doc. No. 78).

5. The Guardian Advocate is directed to file a written summary of the opinions, recommendations, and conclusions referenced in Paragraphs 3 and 4 by **April 6, 2018.**

6. The Guardian Advocate or its representative is directed to appear at the hearing at **1:00 p.m. on April 9, 2018,** to answer questions relating to the conclusions and report of the Guardian Advocate.

7. The Guardian Advocate shall file an affidavit of costs relating to the Guardian Advocate's report by April 27, 2018.

###

---

[3] Doc. No. 78.

The Clerk is directed to serve a copy of this order on all interested parties.

3