UNITED STATES BANKRUPTCY COURT
GEORGE C. YOUNG FEDERAL COURTHOUSE
400 WEST WASHINGTON STREET, SUITE 5100
ORLANDO, FL 32801

In re:

CATHERINE ECKLEY BENTLEY,
Debtor.
_____

Case No. 6:17-bk-00294-KSJ
Chapter 7

SUSAN KOLB, M.D.,
Plaintiff,

v.

CATHERINE ECKLEY BENTLEY,
Defendant.
_____

Adv. No. 6:17-ap-00047-KSJ

ROBERT E. THOMAS,
Plaintiff,

v.

CATHERINE ECKLEY BENTLEY,
Defendant.
_____

Adv. No. 6:17-ap-00048-KSJ

SUSAN KOLB, M.D.,
Plaintiff,

v.

CATHERINE ECKLEY BENTLEY,
Defendant.
_____/

Adv. No. 6:17-ap-00119-KSJ

## NOTICE OF PENDING GUARDIANSHIP PROCEEDINGS IN STATE COURT

Debtor, CATHERINE BENTLEY, by and through the undersigned counsel, hereby gives notice that a petition to determine Debtor's incapacity and for appointment of a guardian has been filed in Florida state court, a court of exclusive jurisdiction for adjudicating guardianship matters, on March 14, 2018.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission, if registered in the Electronic Case Filing System, otherwise by U.S. Mail: U.S. Trustee, Chapter 7 Trustee, counsel for Trustee and creditor Susan Kolb, Esther McKean, Guardian Advocate Michael Nardella and the law firm of Nardella & Nardella, PLLC this 14th day of March, 2018.

/s/ Anna Handy
_____
Anna Handy, Attorney for Debtor
Florida Bar No.: 0119532
Anna Handy Law Firm, P.A.
P.O. Box 730083
Ormond Beach, FL 32173
Telephone: 386-248-3000
Facsimile: 386-401-2511
anna.handy2015@gmail.com